# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0592
Lower Tribunal No. 23-1145MMA

_____

JIMMIE LEE WAGNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Hendry County.
Darrell R. Hill, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED